FILED

2019 JAN 11 PM 1:03

BANKRUPTCY COURT
BRUNSWICK, GA

Brittani Law
2780 Ramblewood Road
Douglas, GA 31533


Capital One
15000 Capital One Dr Richmond,
VA 23238


Americam Express
P.O. BOX 30384, Salt lake City
UT 84130


Coffee County DFCS
1300 W Baker Hwy
Douglas, GA 31533


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Edward Scott & Debbie Richards
152 New St Suite 109
Macon, GA 31201


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


The Kaspers Firm, LLC
152 New St Suite 109
Macon, GA 31201

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306