# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| In the matter of: | ) | CHAPTER 7, CASE NO. | 18-50834-JSD |
| --- | --- | --- | --- |
| SHARMA, PAUL DARSHAN | ) | TRUSTEE FILE NO. | W19-0215 |
| | ) | | |
| DEBTOR(S). | ) | | |

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
| --- | --- | --- | --- |
| 1978 El Camino | 1,000.00 | 1,000.00 | |
| 1998 Sea-Doo Jet Ski | 500.00 | 500.00 | |
| Electronics | 1,000.00 | 1,000.00 | |
| Clothing | 500.00 | 500.00 | |
| Jewelry | 1,500.00 | 1,500.00 | |
| Wells Fargo | 100.00 | 100.00 | |

Comes now, R. MICHAEL SOUTHER, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

This 23 day of Aug, 2019.     Signed: _R. Michael Souther_

R. MICHAEL SOUTHER, Trustee